[No. 10676-1-II.  Division Two.  January 11, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. ADOLPHUS D.
REDDING, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 85-1-02110-1, Thomas R. Sauriol, J., entered January 26, 1987. *Affirmed* by unpublished opinion per

Reed, J., concurred in by Worswick, J., and Petrie, J. Pro Tem.